UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS CM ENTERPRISE, LLC, | No. 2:19-cv-02306-KJM-CKD |
| Plaintiff, | ORDER TO RESPOND |
| v. | |
| WINGSTOP FRANCHISING, LLC; and DOES 1 through 25, inclusive., | |
| Defendants. | |
| WINGSTOP FRANCHISING, LLC, | |
| Counter-Claimant, | |
| v. | |
| MORRIS CM ENTERPRISE, LLC and MICHAEL MORRIS, | |
| Counter-Defendants. | |

Presently pending before the court is defendant's amended motion for default judgment against plaintiff Morris CM Enterprise, LLC, which was set for hearing on April 15, 2020. (ECF No. 30.) Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by April 1. Although that deadline has passed, no opposition or statement of non-opposition was

1

filed.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides plaintiff with one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition shall be filed no later than April 29, 2020, and the reply brief from defendant, if any, is due May 6, 2020;

2. Plaintiff is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent by each to a summary grant of the motion, and may result in the imposition of a default judgment; and

3. Defendant shall promptly serve a copy of this order on plaintiff at its last-known address, and file a proof of service within 7 days of the same.

Dated:  April 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.2306.default