UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS CM ENTERPRISES, LLC, | No. 2:19-cv-02306-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| WINGSTOP FRANCHISING, LLC., | |
| Defendants. | |

On September 11, 2020, this court stayed plaintiff's arbitrable claims in the present case pending resolution of arbitration. ECF No. 40. On September 22, 2021, the parties submitted a joint status report in which defendant informed the court plaintiff "has neither initiated arbitration proceedings nor communicated with [defendants] regarding this case or the disputed issues in any way." JSR at 2, ECF No. 44. Plaintiff asked this court to "proceed with the litigation here in California" and blamed the pandemic for the delay in arbitration, but gave the court no information regarding any plans to initiate future arbitration proceedings. *Id.* Thus, **plaintiff is ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)).

1     IT IS SO ORDERED.

2 DATED: March 22, 2023.

3

                                              CHIEF UNITED STATES DISTRICT JUDGE